# Court of Appeals
# of the State of Georgia

ATLANTA,  March 22, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1340.  CALVIN SMITH v. THE STATE.**

In 2011, Calvin Smith pled guilty to aggravated battery and kidnapping.  In 2016, he was granted habeas relief, after which the trial court granted his motion to withdraw his guilty pleas.  In August 2017, the trial court entered an order denying several pretrial motions filed by Smith, including motions in which he raised double jeopardy and statutory speedy trial claims.  Later that month, Smith filed a direct appeal from that order.  That appeal has been docketed in this Court as Case No. A18A0464.

In January 2018, Smith filed a "Motion for Charges on Order Setting Bond in Violation of Defendant's 5th, 6th, & 14th Amendment of the United States Constitution be Dismissed Done by Malicious, Malfeasance Prosecution," in which he appears to have raised several challenges to a prior trial court order addressing bond-related issues.  The trial court denied Smith's motion, and he filed this direct appeal.  We lack jurisdiction.

Because this action remains pending before the trial court, Smith was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order denying his motion to dismiss.  See OCGA § 5-6-34 (b); *Crane v. State*, 281 Ga. 635, 635-637 (641 SE2d 795) (2007); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).  Smith's failure

to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Crane*, 281 Ga. at 635-637; *Boyd*, 191 Ga. App. at 435.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/22/2018*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*